*All the Justices concur, except Bowles and Marshall, JJ., who dissent.*

DECIDED DECEMBER 3, 1980.

*Charles A. Mullinax,* for appellant.
*G. Hughel Harrison,* for appellee.

36482. SAPP v. SAPP.

Judgment affirmed without opinion pursuant to Rule 59(1) of this court. See *Stokes v. Stokes,* 246 Ga. 765 (1980).
*All the Justices concur, except Bowles and Marshall, JJ., who dissent.*

SUBMITTED JULY 18, 1980 — DECIDED DECEMBER 3, 1980.

*Calhoun & Associates, Kran Riddle,* for appellant.
*Alton D. Kitchings,* for appellee.